# COMPLAINT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2025 JUL 25  A 11: 50

CLERK OF COURT

(Full name of plaintiff(s))

Shanina Strong

v.

(Full name of defendant(s))

West Allis West Milwaukee,
School

Case Number:

**25-C 1084**

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of ___Wisconsin___ and resides at
(State)

___5865 S 13th St___
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant ___West Allis West Milwaukee School___
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____Wisconsin_____

<span style="text-align:right">(State, if known)</span>

and (if a person) resides at ___1205 S 70th St, West Allis, WI 53214___
___9333 W Lincoln Ave___
___West Allis, WI 53227___ (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___West Allis West Milwaukee, School Dist___

<span style="text-align:right">(Employer's name and address, if known)</span>

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

1. My rights got violated when I talked to my boss - Williams (Bill) - Fred, I told him I needed help and nothing was done. I went to head of Maintenan Mr. Eichman nothing was done I told HR Mrs. Marshall nothing was done, only thing was done was meeting every other day with no reason why, and watching me all day. Everything happen at the School I worked at

Complaint – 2

I told my boss I need help with the Assignment no one helped me I told Everyone than so I called EEOC, because Everyone that work that building got fired Everyone. so I worked my assignment and the other custodian sat in his office all day I got hurt and know one, really did anything, but I knew they was going to fine something to fired me it was something, Every other day my boss parked outside or calling meeting every other day it was harassment, Even in my own building Bill was there, every day or, Every other day, I didn't talk to her about harassment because when I told her about my Assignment she did nothing, so I didn't add more to my plate at work, but I

Ask about it, I got treated unfair at the school I believe because I was a woman or because of my race or age, because noone was being treated like they treated me and I worked there 4 years. I don't believe I got treated fair because I worked there all them year and they let me go lik it was nothing.

EEOC Charge No. 443-2023-01104 for this case

C.  JURISDICTION

☐  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒  I am suing under state law. The state citizenship of the plaintiff(s) is (are)
different from the state citizenship of every defendant, and the amount of
money at stake in this case (not counting interest and costs) is
$ 500,000.00

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may
include an award of money or an order telling defendants to do something or to
stop doing something.

I did want my job back, but do to the
harassment it was embarrassing and I am
still injured, the relief from trauma I would
like 500,000.00, and my co-worker to
receive is job back.

E.    JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO
Dn,'t No  yes

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___25___ day of ___July___ 20_25_

Respectfully Submitted,

_____
Signature of Plaintiff

___262 - 799 - 2577___
Plaintiff's Telephone Number

___Shanings@ymail.com___
Plaintiff's Email Address

_____

___5865 S 13th St milw, Wi 53221___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5